IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
District Judge R. Brooke Jackson

Civil Action No.14-cv-03282-RBJ

BRUCE MINGO,

    Applicant,

v.

RICK RAEMISCH, Executive Director, Colorado Department of Corrections, and
JOHN SUTHERS, The Attorney General of the State of Colorado,

    Respondents.

---

SUPPLEMENTAL ORDER FOR STATE COURT RECORD
AND TO GRANT EXTENSION OF TIME

---

At issue is the Motion for Supplemental Order for State Exhibits, ECF No. 22, the Motion for Extension of Time to File Answer, ECF No. 23, filed by Respondents on April 29, 2105, and the Motion for Extension of Time to File State Record, ECF No. 24, filed on May 5, 2015. All Motions are GRANTED as follows. It is

ORDERED that Respondents shall have until June 5, 2015, to file an Answer that complies with the April 6, 2015 Order. It is further

ORDERED that within thirty days from the date of this Order Respondents and the Clerk of the Denver District Court shall file with the Clerk of the Court, in electronic format if available, all case exhibits – photographic, documentary, video, and any other exhibits that can be placed on a disk, but excluding physical exhibits unless Respondents deem these exhibits relevant to the claims asserted in this action

It is further ORDERED that within thirty days of the filing of an Answer Applicant may

file a Reply if he desires.   It is further

    ORDERED that the Clerk of the Court is directed to send copies of this Order to the

following:

    (1)    Clerk of the Court
    Denver County District Court
    1437 Bannock Street
    Denver, Colorado 80202; and

    (2)    Court Services Manager
    State Court Administrator's Office
    101 W. Colfax, Ste. 500
    Denver, Colorado   80202.

    DATED:   May 6, 2015, at Denver.

BY THE COURT:

_____
R. BROOKE JACKSON
United States District Judge