IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03282-RBJ

BRUCE MINGO,

    Applicant,

v.

RICK RAEMISCH, Executive Director, Colorado Department of Corrections, and
CYNTHIA COFFMAN, The Attorney General of the State of Colorado,

    Respondents.

## MINUTE ORDER

**Entered by Judge R. Brooke Jackson**

    At issue is the Application for Certificate of Appealability, ECF No. 43, filed by Applicant on April 14, 2016.  The Court previously denied Applicant a certificate of appealability, under 28 U.S.C. § 2253(c).  *See* ECF No. 38 at 74.  The April 14, 2016 Application, therefore, will be denied for the same reasons the Court denied the issuance of a certificate in the Order Denying Application for a Writ of Habeas Corpus.  See ECF No. 38.

    Applicant may file a request for a certificate of appealability in the Court of Appeals for the Tenth Circuit.

Dated:   April 25, 2016